IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARCUS KILPATRIC BLUESTER, )<br>    Plaintiff, )<br>    )<br>  v. )<br>    )<br>CHAPLAIN STEVEN SMITH, )<br>    )<br>    Defendant. ) | CIVIL ACTION NO.<br>2:14cv1079-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit alleging that Chaplain Steven Smith violated his First Amendment rights. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of December, 2014.

                         /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE